# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BILL BLUE LORING, <br><br> Defendant. | CR 22-42-GF-BMM <br><br><br> ORDER |

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the revocation hearing scheduled for August 23rd at 10 a.m. is **VACATED**. Issues regarding Mr. Loring's compliance with pre-trial conditions can be addressed at the change of plea hearing, currently scheduled for August 23 at 1:30 p.m.

DATED this 18th day of August, 2022.

_____
John Johnston
United States Magistrate Judge