**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILL BLUE LORING,<br><br>Defendant. | **CR-22-42-GF-BMM**<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 27, 2023. (Doc. 49.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 26, 2023. (Doc. 45.) The United States accused Bill Blue Loring (Loring) of violating his conditions of supervised release 1) by failure to comply with his substance abuse testing requirements; 2) by using methamphetamine and suboxone; 3) by

consuming alcohol; 4) by failing to report for substance abuse treatment; 5) by failing to report for substance abuse testing; and 6) by failing to follow the instructions of his probation officer. (Doc. 21.)

At the revocation hearing, Loring admitted to having violated the conditions of his supervised release 1) by failure to comply with his substance abuse testing requirements; 2) by using methamphetamine and suboxone; 3) by consuming alcohol; 4) by failing to report for substance abuse treatment; 5) by failing to report for substance abuse testing. The government failed to satisfy its burden of proof with respect to alleged violation 6. (Doc. 45.) Judge Johnston found that the violations Loring admitted prove serious and warrants revocation of his supervised release. (Doc. 49.) Judge Johnston recommends a sentence of 3 months, with 33 months of supervised release to follow. Judge Johnston also recommended that Loring serve the first 60 days of supervised release in a secure inpatient drug treatment facility such as Connections Corrections. (*Id.*) Loring was advised of his right to appeal and allocute before the undersigned and waived those rights. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 49) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Bill Blue Loring be sentenced to the Bureau of Prison for a period of 3 months, with 33 months of supervised release to follow, with the

first 60 days of supervised release in a secure inpatient drug treatment facility such as Connections Corrections.

DATED this 31st day of October, 2023.

Brian Morris, Chief District Judge
United States District Court