IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br><br><br>BILL BLUE LORING ,<br><br>Defendant. | CR-22-42-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 9, 2025. (Doc. 68.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on July 9, 2025 (Doc. 66.) The United States accused Bill Loring (Loring) of violating the conditions of his supervised release by: (1) failing to comply with substance abuse testing requirements on March 19, 2025; (2) using methamphetamine on March 22, 2025; (3) entering a casino on March 24, 2025; (4) entering a casino on March 25, 2025; and (5) using methamphetamine on or about June 22, 2025.  (Docs. 55 and 63.)

At the revocation hearings, Loring admitted that he had violated the conditions of supervised release as set forth in allegations 1-3 and 5 of the Amended Petitions. The government moved to dismiss alleged violation 4 which the Court granted.  (Doc. 66.)

Judge Johnston found that violations Loring admitted prove serious and warrants revocation of his supervised release and recommends a term of custody 7 months, with no supervised release to follow. (Doc. 68.)

The violations prove serious and warrant revocation of Buchholz's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 68) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Bill Blue Loring be sentenced to 7 months, with no supervised release to follow.

DATED this 28th day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Courts